UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:11-CR-00141-WTL-DKL |
| | ) | |
| BRANDI KENNEDY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Brandi Kennedy's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. Upon release from state custody, the defendant shall notify the U.S. Probation Office for the Southern District of Indiana of her release within 24 hours.

2. Defendant shall report in person to the United States Probation Office on Mondays, Wednesdays, and Fridays until she is designated to a "halfway house."

3. Defendant shall reside in a "halfway house" for up to six months as determined by the United States Probation Office for the Southern District of Indiana.

4. Defendant shall participate in mental health treatment as directed by the United States Probation Office for the Southern District of Indiana.

SO ORDERED this 3rd day of January, 2013.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Bradley P. Shepard
Assistant United States Attorney

William H. Dazey, Jr.
Indiana Community Federal Defender

U. S. Parole and Probation

U. S. Marshal